

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2017

No. 04-17-00342-CV

**IN RE THE THERESA ANN PALACIOS SMITH TESTAMENTARY TRUST,**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2016-PB-7000073-L1
Victor Villarreal, Judge Presiding

## O R D E R

On July 7, 2017, appellant filed a request to abate this appeal. In an order dated July 20, 2017, we abated this appeal for thirty days until August 20, 2017 and set the due date of appellant's brief as September 18, 2017. On July 19, 2017, appellant filed a motion requesting an extension of time to file appellant's brief.

Accordingly, appellant's motion for extension of time currently before this court is DENIED AS MOOT.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk